IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>CHRISTOPHER LEE KARSTEN,<br><br>                Defendant. | 4:23CR3063<br><br>**ORDER** |

      Defendant has moved to reopen the pretrial motion deadline for purposes of filing a motion to dismiss on newly acquired information (Filing No. 48). The motion to reopen the pretrial motion deadline for filing a motion to dismiss is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

      IT IS ORDERED:

1) Defendant's motion to reopen the pretrial motion deadline, for purposes of filing a motion to dismiss, (Filing No. 48), is granted.

2) Defendant's motion to dismiss and supporting brief shall be filed on or before May 10, 2024.

3) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and May 10, 2024 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to file a motion to dismiss.  18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 24th day of April, 2024.

                                            BY THE COURT:

                                            *s/ Jacqueline M. DeLuca*
                                            United States Magistrate Judge