IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:23CR3063 |
| vs. | |
| CHRISTOPHER LEE KARSTEN, | ORDER |
| Defendant. | |

Defendant has moved to continue the motion deadline, (Filing No. 60), because defense counsel needs additional time to prepare briefing. The motion to continue is unopposed. Based on the showing set forth in the motion the court finds good cause has been shown and the motion to continue should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue, (Filing No. 60), is granted.

2) Defendant's motion to dismiss and supporting brief shall be filed on or before June 6, 2024.

3) The Court finds the ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and June 6, 2024 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 3rd day of June, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge